James S. Coon
OSB#: 771450
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| LARRY A. RENFROE,<br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | Case No.: 2:15-cv-2219-JE<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,734.03 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of

Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR, 97204. There are no costs or expenses.

Dated this 18th day of December, 2017.

United States District Judge

Michael H. Simon

Presented by:

Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff

James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff